**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile:  503-796-2900

**Sara M. Turner** (Admitted *Pro Hac Vice*)
Email: smturner@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, Alabama  35203-5202
Telephone: 205-328-0480  telephone
Facsimile:  205-322-8007  facsimile

*Attorneys for Defendant,*
*Choice Hotels International, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.B.**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**HILTON WORLDWIDE HOLDINGS, INC.; WYNDHAM HOTELS & RESORTS, INC.; MARRIOTT INTERNATIONAL, INC.; CHOICE HOTELS CORPORATION; EXTENDED STAY AMERICA, INC.;** and **RED LION HOTELS CORPORATION,**<br><br>Defendants. | Case No. 3:19-cv-1992-IM<br><br>**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S (IMPROPERLY NAMED IN THE COMPLAINT AS CHOICE HOTELS CORPORATION) CORPORATE DISCLOSURE STATEMENT** |

Page 1   CHOICE HOTELS INTERNATIONAL, INC.'S
CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Defendant Choice Hotels International, Inc. ("Choice"),[1] by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and LR 7-1, hereby states that:

1.      No publicly held corporation owns 10% or more of Choice's stock;

2.      Choice does not have a parent corporation.

Respectfully submitted this 7th day of May, 2020.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _s/ Anne M. Talcott_____
        Anne M. Talcott, OSB #965325
        Email: atalcott@schwabe.com
        1211 SW 5th Avenue, Suite 1900
        Portland, OR 97204
        Telephone: 503-222-9981

        Sara M. Turner, *Admitted Pro Hac Vice*
        Email: smturner@bakerdonelson.com
        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC
        420 20th Street North, Suite 1400
        Birmingham, Alabama  35203-5202
        Telephone:  205-328-0480

        *Attorneys for Defendant, Choice Hotels*
        *International, Inc.*

---

[1] The original Complaint improperly identifies Choice as "Choice Hotels Corporation." Counsel contacted Plaintiff's counsel on March 12, 2020 to discuss filing a Notice of Dismissal of Choice Hotels Corporation and filing an Amended Complaint to include the proper party. The Parties also met and conferred in detail on March 17, 2020, telephonically and Plaintiff's counsel have agreed that this designation was a typo and have represented that they will correct the pleading heading to remove Choice Hotels Corporation but no amended or corrected complaint has been filed.

Page 2      CHOICE HOTELS INTERNATIONAL, INC.'S
            CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2020, I electronically filed the foregoing **defendant CHOICE HOTELS INTERNATIONAL, INC.'S (IMPROPERLY NAMED IN THE COMPLAINT AS CHOICE HOTELS CORPORATION) CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Anne M. Talcott*
Anne M. Talcott, OSB #965325

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900